```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANA MARIA MARTEL
    KIRK E. SHERRIFF
 3  Asst. United States Attorney
    U.S. Courthouse
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 6
    Attorneys for the
 7  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LEVIA ESPINOSA, ) | Case No.: 1:05-cv-00458 AWI |
| ) | |
| ) | On Appeal from U.S. Bankruptcy |
| UNITED STATES OF AMERICA, ) | Court (E.D. Cal.) |
| ) | Bankr. Case No.: 04-17730-A-13 |
| Appellant, ) | |
| ) | **JOINT STIPULATION FOR** |
| v. ) | **DISMISSAL OF APPEAL AS MOOT;** |
| ) | **ORDER** |
| LEVIA ESPINOSA, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

Pursuant to the Court's Order re Briefing Schedule, filed August 25, 2006, appellant the United States of America, and appellee Levia Espinosa, by and through undersigned counsel, hereby notify the Court that this bankruptcy appeal is moot.

In this appeal, the United States appealed from the bankruptcy court's denial of its motion for relief from the automatic stay in appellee Levia Espinosa's Chapter 13 bankruptcy case, *In re Espinosa*, Bankr. Case No. 04-17730-A-13 (Bankr. E.D. Cal.). On October 10, 2006, the United States and the debtor, appellee Levia Espinosa, stipulated to the dismissal of the

1 underlying bankruptcy case (No. 04-17730-A-13).  Based on the
2 parties' stipulation, the Bankruptcy Court issued an order on
3 October 10, 2006 dismissing the case.
4    As a result of the dismissal of the bankruptcy case, the
5 automatic stay pursuant to 11 U.S.C. 362 is now dissolved, and
6 the relief sought by the United States in the present appeal is
7 now moot.
8    Accordingly, the parties stipulate and respectfully request
9 that this appeal be dismissed as moot.  The parties further
10 stipulate that each party shall bear its own costs and fees on
11 this appeal.

                                      Respectfully submitted,

Dated:  October 12, 2006        McGREGOR W. SCOTT
                                      United States Attorney

                                        /s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
                                        Assistant U.S. Attorney

                                        Attorneys for Appellant
                                        the United States of America

Dated:  October 11, 2006        Law Offices of Henry D. Nunez

                                        /s/ Henry D. Nunez
                                        HENRY D. NUNEZ

                                        Attorney for Appellee
                                        Levia Espinosa

## ORDER

Appellant the United States of America and appellee Levia Espinosa have filed a Joint Stipulation requesting that the Court enter an Order dismissing this appeal as moot, with each party to bear its own costs and fees on the appeal.

IT IS SO ORDERED.

IT IS HEREBY ORDERED that this appeal is dismissed.

IT IS SO ORDERED.

**Dated:    October 13, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE